# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

DEREK CHASE, individually and on behalf of all others similarly situated,

                     Plaintiff,

v.

JOMASHOP, INC.,

                     Defendant.
_____/

**Federal Case No.**

State Court Case No. 22-CA-004727

## NOTICE OF REMOVAL

**COMES NOW,** JOMASHOP, INC. ("Defendant"), a New York corporation, named as defendant in the above captioned action, by and through counsel, pursuant to 28 U.S.C. § 1332(a)(1), § 1441 and § 1446, files its Notice of Removal and states as follows:

1. On or about November 9, 2022 the instant action was commenced by Derek Chase's ("Plaintiff") e-filing of a Complaint in the Twentieth Judicial Circuit in and for Lee County, Florida, Case No. 22-CA-004727. A copy of Plaintiff's Complaint is attached hereto and included in Composite <u>Exhibit A.</u>

2. Plaintiff is a citizen and resident of Lee County, Florida, and seeks to represent Florida residents. See, Complaint ¶ 5.

3. Defendant is a New York corporation, organized and existing under the laws of New York, with its principal place of business in New York, and is further identified as a foreign corporation in the Complaint. *Id*. ¶ 7.

4. This is an action alleging violation of the Florida Telephone Solicitation Act, Fla. Stat. § 501.059, and seeking damages of approximately $1,250,000.00. *Id*. ¶¶ 8, 41, 56.[1]

5. 28 U.S.C. §1441(a) authorizes removal of any civil action brought in a state court of which the district courts of the United States have original jurisdiction.

6. Original jurisdiction exists pursuant to 28 U.S.C. § 1332 where there is a civil action between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a). If the initial pleading of a case does not establish that the amount in controversy exceeds $75,000, § 1446 provides that a defendant may file a notice of removal within 30 days after receiving another document that reveals the case's removability. 28 U.S.C. § 1446(b)(3).

7. This action is appropriate for removal because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states, in accordance with 28 U.S.C. § 1332.

8. Defendant has timely filed this Notice of Removal without waiver. 28 U.S.C. § 1446(b).

9. Pursuant to 28 U.S.C.§ 1446(d), a copy of this Notice of Removal is being duly served on Plaintiff's attorneys, and a copy of this Notice of Removal has been filed with the Clerk of the Twentieth Judicial Circuit Court of Lee County, Florida.

10. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 1.06 of the Middle District of Florida, <u>Composite Exhibit A</u>, *supra*. attached hereto contain all process, pleadings, orders, and other papers and exhibits now on file in the Circuit Court of Lee County, Florida.

---

[1] Plaintiff seeks $500 per violation for a minimum of 50 violations, calculated at $25,000 each for at least 50 individuals.

**WHEREFORE,** Defendant, JOMASHOP, INC, prays for the removal of the above-captioned civil action from the Twentieth Judicial Circuit Court of Lee County, Florida, Case No. 22-CA-004727, to the United States District Court for the Middle District of Florida, Fort Myers Division.

        Respectfully submitted,

        By: */s/David P. Milian*
        David P. Milian (Florida Bar No. 844421)
        1395 Brickell Avenue, Suite 800
        Miami, Florida 33131
        Email: Dmilian@careyrodriguez.com
        Tel. 305-372-7475

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 14, 2022, a true and correct copy of the foregoing was sent via email to counsel of record through the Court's electronic filing system.

        */s/David P. Milian*
        David P. Milian, Esq.